IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kristin Clancey : Chapter 13
       Debtor : Bankruptcy No.: 19-12486-elf

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for debtor, hereby certify that a true and correct copy of Debtor's Response to the Motion for Relief from the Bankruptcy Stay by Freedom Mortgage Corporation was forwarded to the following parties on October 4, 2022:

***via Electronic Filing (ECF):***

Andrew L. Spivack, Esquire on behalf of Freedom Mortgage Corporation
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Kenneth West, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

        ROSS, QUINN & PLOPPERT, P.C.

By: */s/ Joseph Quinn*
    Joseph Quinn, Esquire
    Attorney I.D. No. 307467
    192 S. Hanover Street, Suite 101
    Pottstown, PA 19464
    T: 610.323.5300
    F: 610.323.6081
    JQuinn@rqplaw.com
    Counsel for Debtor

Date:  October 4, 2022