**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>KRISTIN CLANCEY<br>    Debtor | Case No. 19-12486-elf |
| | Chapter 13 |
| Freedom Mortgage Corporation,<br><br>    Movant | |
| vs.<br>KRISTIN CLANCEY<br><br>    and | 11 U.S.C. §362 and §1301 |
| Michael Clancey, Rosemarie Cimino, (NON-FILING CO-DEBTORS)<br><br>    Respondents | |

**ORDER**

   **AND NOW**, this   5th   day of       January       2023,   it   is   hereby

**ORDERED** that the parties' Stipulation (Doc. # 58) is hereby approved.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**