United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12486-amc |
| Kristin Clancey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 17, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristin Clancey, 59 North Church Street, Spring City, PA 19475-1808 |
| 14645987 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14314385 | | FREEDOM MORTGAGE CORPORATION, C/O Thomas Song, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14646201 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14309340 | | Michael Clancey, 113 Ellio Circle, Royersford, PA 19468 |
| 14309343 | + | Peter Wapner, Esquire, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14559119 | + | REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14309344 | + | Rosemarie Cimino, 110 Pembroke Ct, Exton, PA 19341-2905 |
| 14389868 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14309345 | | Spring City Borough, Borough Hall, Spring City, PA 19475 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2024 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14309334 | | Email/Text: collectors@arresourcesinc.com | Apr 17 2024 23:52:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14320359 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 17 2024 23:55:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14309335 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2024 23:56:27 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14309336 | + | Email/Text: mediamanagers@clientservices.com | Apr 17 2024 23:52:00 | Client Services, Inc., 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 14410682 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 17 2024 23:52:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14558979 | ^ | MEBN | Apr 17 2024 23:45:31 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14645988 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 17 2024 23:52:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14309337 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 17 2024 23:52:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 14309339 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2024 23:55:40 | LVNV Funding LLC, PO Box 10497, Greenville, |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 17, 2024 | Form ID: 138OBJ | Total Noticed: 32

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 14318450 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2024 23:55:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14309338 + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2024 23:56:07 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 14347099 | Email/PDF: pa_dc_claims@navient.com | Apr 18 2024 00:07:15 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14309342 + | Email/PDF: pa_dc_claims@navient.com | Apr 17 2024 23:56:09 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14309341 + | Email/PDF: pa_dc_claims@navient.com | Apr 17 2024 23:56:07 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14331451 + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 17 2024 23:52:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO BOX 8961, Madison, WI 53708-8961 |
| 14347097 | Email/PDF: pa_dc_claims@navient.com | Apr 17 2024 23:56:06 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14337331 | Email/Text: electronicbkydocs@nelnet.net | Apr 17 2024 23:52:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14309346 + | Email/Text: electronicbkydocs@nelnet.net | Apr 17 2024 23:52:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14309347 + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 17 2024 23:55:44 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 14342222 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 17 2024 23:55:39 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 17, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

        wbecf@brockandscott.com

DENISE ELIZABETH CARLON
        on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

JEROME B. BLANK
        on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com

JOSEPH L QUINN
        on behalf of Debtor Kristin Clancey CourtNotices@rqplaw.com

KENNETH E. WEST
        ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
        on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
        mario.hanyon@brockandscott.com

THOMAS SONG
        on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kristin Clancey
        Debtor(s)

Case No: 19−12486−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/17/24